UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARLIN CONSTRUCTION GROUP, LLC
a/a/o JOHN STAPLETON,

      Plaintiff,                                CASE NO.: 2:19-cv-499-Ftm-38MRM

vs.

HARTFORD INSURANCE
COMPANY OF THE MIDWEST,

      Defendant.
_____/

## JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE

COME NOW the Plaintiffs, MARLIN CONSTRUCTION GROUP, LLC a/a/o JOHN STAPLETON and the Defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST, by and through their respective counsel, and stipulate that the above-captioned lawsuit, having been amicably settled, should be dismissed, with prejudice.

IT IS FURTHER stipulated that the parties shall bear their respective costs and attorneys' fees and that all liens and/or subrogated interests be satisfied by Plaintiff.

Dated: October 26, 2020

| | |
|---|---|
| SMITH, KLING, & THOMPSON, P.A. | BUTLER WEIHMULLER KATZ CRAIG LLP |
| /s/ Mark A. Dombrosky, II, Esq. | /s/ Troy J. Seibert, Esq. |
| **MARK A. DOMBROSKY, II., ESQ.** | **TROY J. SEIBERT, ESQ.** |
| Florida Bar No.: 0533521 | Florida Bar No.: 0084668 |
| A. Lee Smith, Jr., Esq. | tseibert@butler.legal |
| Smith, Kling & Thompson, P.A. | Secondary: msmalls@butler.legal |
| 4725 North Lois Avenue | 400 N. Ashley Drive, Suite 2300 |
| Tampa, FL 33614-7046 | Tampa, Florida 33602 |
| mrivera@smithkling.com | *Attorneys for Defendant* |
| *Attorney for: Plaintiff* | |